In the Matter of the Application of MARTIN CONROY, Respondent, against PARAMOUNT HOTEL CORPORATION, Appellant, for an Order Directing that Said Parties Proceed to Arbitration Pursuant to Agreement.— Order modified by allowing arbitration only as to the value of the alleged extra services performed, and as so modified affirmed, without costs. (See *Matter of Priore*, 237 N. Y. 16.) Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, Appellant, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, Respondent, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. G. FRANK DOUGHERTY, as Assignee of LEON L. SAMELSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of HARRIS STRUCTURAL STEEL COMPANY, INC., for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into Between the Petitioner and 37 WASHINGTON SQUARE WEST CORPORATION, etc., Proceed Pursuant to Provisions Thereof and of the Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS ULLMAN, Respondent, v. LOUIS G. BARTH and MAURICE GUTTMAN, Copartners, etc., Appellants, Impleaded with Another. LOUIS G. BARTH and MAURICE GUTTMAN, Copartners, etc., Appellants. v. LOUIS ULLMAN, Trading as VICTORY MANUFACTURING COMPANY, Respondent.— Order modified by providing that the complaint in the action for goods sold and delivered shall be deemed the complaint in the consolidated action, and the complaint in the action for breach of warranty shall be deemed the counterclaim in the consolidated action, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY W. ROBBINS, Respondent, v. MAX L. GOLDBERT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MIRIAM LEWIS, Suing as a Stockholder of CITY FINANCIAL CORPORATION, etc., Appellant, v. CITY FINANCIAL CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.